393 A.2d 1291

Lazier, Appellant, v. Krause et al.

Argued April 18, 1978.   Arthur J. Murphy, Jr., with him George I. Buckler, for appellant;  Sidney Baker, John W. Jordan, IV, and Gilbert S. Solomon, with them Grogan, Graffam, McGinley & Solomon, for appellees.

Orders affirmed.

JACOBS, P. J., and HOFFMAN and SPAETH, JJ., dissented and would remand for an opinion.

393 A.2d 1291

Lukach et al. v. Kaplan Trucking Company (et al., Appellant).

Argued April 10, 1978.   John R. Gavin, for appellant;  James A. Beinkemper, with him H. William White, for appellees.

Order affirmed.